# EXHIBIT A

```
                                                              1

1            IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEW JERSEY
2                  CRIMINAL NO. 11-701

3   UNITED STATES OF AMERICA      :
                                  :
4           -vs-                  :  TRANSCRIPT OF PROCEEDING
                                  :
5   ELIYAHU WEINSTEIN,            :          SENTENCE
                                  :
6              Defendant.         :
                                  :
7   - - - - - - - - - - - - - - -

8                                       Trenton, New Jersey
                                        February 19, 2014
9
        B E F O R E:
10

11         THE HONORABLE JOEL A. PISANO
         UNITED STATES DISTRICT COURT JUDGE
12

13      A P P E A R A N C E S:

14
        PAUL J. FISHMAN, U.S. ATTORNEY
15      By:  GURBIR SINGH GREWAL, Assistant U.S. Attorney
             ZACH INTRATER, Assistant U.S. Attorney
16           RACHEL HONIG, Assistant U.S. Attorney
        For the Government.
17

18      CREIZMAN PLLC
        BY:  ERIC CREIZMAN, ESQ.,
19           STEVEN YUROWITZ, ESQ.,
             WILLIAM DOBIE, ESQ.,
20      For the Defendant.

21
        Pursuant to Section 753 Title 28 United States
22      Code, the following transcript is certified to be
        an accurate record as taken stenographically in the
23      above-entitled proceedings.

24                     _____
                       S/Joanne M. Caruso, CSR, CRR
25                       Official Court Reporter
                            (908)334-2472
```

JOANNE M. CARUSO, CSR, CRR, OFFICIAL COURT REPORTER, TRENTON, N.J.

A824

```
                                                            2

 1   WITNESS      DIRECT    CROSS    REDIRECT    RECROSS

 2


 3   EDWARD FRIEDMAN

 4   By Mr. Intrater   36

 5   By Mr. Yurowitz        59

 6


 7


 8   SAMANTHA WEITZEN

 9   By Mr. Intrater   148

10   By Mr. Yurowitz        175

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

JOANNE M. CARUSO, CSR, CRR, OFFICIAL COURT REPORTER, TRENTON, N.J.

A825

1  run away from him long enough that he couldn't take it any
2  more, he gets in his car and drives to Lakewood to pick up the
3  documents demonstrating that you had done what you said you
4  had done, the documents were locked in your car and you
5  couldn't find the keys.  Give me a break.
6          These are the facts and circumstances of the case.
7  This is a systematic fraud scheme which, by the way, occupies
8  187 paragraphs of facts in the presentence report, 187
9  paragraphs of fraud, to which there is no contest.
10         One asks the obvious question, even though you
11 promised to tell us, where is the money?  Well, we know you
12 probably lost a lot of it.  You squandered a lot of it, you
13 gave some of it to different victims, but at the end of the
14 day, although you come here today with a half-hearted
15 expression of apology, you have not accounted for five cents,
16 not five cents of this money has been accounted for,
17 notwithstanding the representations in your plea agreement
18 that you would do that.
19         Keep that in mind when we talk about these other
20 cases avoiding disparities in sentencing.  Miss Honig, I
21 think, adequately covered that.  You haven't accounted for
22 five cents, much less cooperated, much less done anything to
23 help the people you stole from.
24         To the extent we know where the money went, we refer
25 to paragraphs 223 to 225 of the presentence report, which

JOANNE M. CARUSO, CSR, CRR, OFFICIAL COURT REPORTER, TRENTON, N.J.

A1431

700

1  blame it on the other lawyer, fire the other lawyer, get a new
2  lawyer.
3         You have attempted in any way except the right one to
4  help yourself and that's because you're incapable, in my
5  opinion, you're incapable of being straightforward.  It's not
6  only your lawyers that you lied to, it's not only me that you
7  lied to and all those phony certifications, the phony
8  affidavits that you have signed, you lied to your wife, you
9  betrayed your children and you betrayed Samantha Weitzen,
10 because I'm certain that you promised her more than a return
11 on her investment.
12        This is the nature of the defendant we have here.  I
13 tell you, Mr. Weinstein, you've had every opportunity to
14 mitigate and do the right thing and you haven't done it and
15 that's because of your nature. We know, after being caught in
16 this fraud scheme, you committed a subsequent fraud.
17        So, what we have, at the end of the day, is the most
18 serious fraud case this Court has seen, causing untolled harm
19 to victims, both financial and emotional, causing the erosion
20 of trust in your community.  I find no personal mitigating
21 fact exists.  All of this business about being a hero in the
22 community, doing good for people, bringing people into your
23 house is, to me, swamped by the negativity in the nature of
24 this case.
25        As a result, the public interest in this case, the

JOANNE M. CARUSO, CSR, CRR, OFFICIAL COURT REPORTER, TRENTON, N.J.

A1439