UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**OFFICE:** TRENTON                                              **DATE:** NOVEMBER 14, 2025

**JUDGE MICHAEL A. SHIPP**

**COURT REPORTER:** SHANNAN O'NEILL

**TITLE OF CASE:**                                               **DOCKET # 3:24-CR-128-01 (MAS)**
UNITED STATES OF AMERICA
         vs.
ELIYAHU "ELI" WEINSTEIN
         DEFENDANT PRESENT

**APPEARANCES:**
Carolyn Silane & Marko Pesce, AUSAs for the Government
Ilana Haramati, Esq. for Defendant
Shavaughn Chapman, U.S. Probation

**NATURE OF PROCEEDINGS:** SENTENCING on Counts 1-15 of the Superseding Indictment.
Recess taken from 12:21 p.m. to 12:48 p.m.
Imprisonment for a term of 240 months on each of Counts 2, 3, 4, 5, 6, 7, and 14, to be served concurrently with each and 60 months on Counts 9, 10, 11, 12, and 13 to be served concurrently, but consecutively to the 120 month term imposed on Count 8 and consecutive to the 60 month term imposed on Count 1 and consecutive to the 24 month term on Count 15 to the extent necessary to produce a total term of 444 months.
Supervised Release for a term of 3 years on each of Counts 1-15, all such terms to run concurrently with special conditions.
Fine: Waived.
Restitution: $44,294,803.00 (due immediately)
Special Assessment: $1,500.00, consisting of $100.00 on each of Counts 1-15 (due immediately).
Defendant advised of right to appeal.
Defendant remanded.

Time Commenced:     10:05 AM
Time Adjourned:      1:09 PM
Total Time:         2 hours 37 mins

                                                        s/ James Balfour
                                                        **DEPUTY CLERK**